UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2011 MAY 17 P 1:54

JON W. SANFILIPPO
CLERK

UNITED STATES OF AMERICA

        Plaintiff,

        v.

ROYCE AUSTIN,

        Defendant.

Case No.
[29 U.S.C. § 501(c)]    **11-CR106**

**INDICTMENT**

**THE GRAND JURY CHARGES**:

During the period from approximately May 2002 through December 2009, in the State and Eastern District of Wisconsin,

**ROYCE AUSTIN,**

who was then employed as the president and secretary-treasurer of the Progressive Organization of Worker Representatives ("POWR"), a labor organization engaged in an industry affecting commerce, did embezzle and unlawfully and willfully convert to his own use approximately $26,330.80 belonging to POWR.

All in violation of Title 29, United States Code, Section 501(c).

**A TRUE BILL:**

_____
Foreperson

5/17/11
Date

_____
JAMES L. SANTELLE
United States Attorney